# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00432-CV

### In the Interest of R. A. Q.

## FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
## NO. 09-3302-FC1, HONORABLE TAMARA ARRINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

John Quaak has failed to prosecute his appeal. After requesting and receiving two extensions of time to file it, appellant's brief was due March 1, 2012. On May 29, 2012, this Court's clerk sent Quaak a notice informing him that his brief was overdue and cautioned that his appeal could be dismissed for want of prosecution unless Quaak filed a response reasonably explaining his failure to file a brief. That response was due by June 8, 2012. Quaak has not responded to the notice, nor has he filed a brief. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justices Jones, Justices Rose and Goodwin

Dismissed for Want of Prosecution

Filed: July 31, 2012